Matrix
Creditor
Address
Amount
Last 4 of account number


Trinity Centre, LLC                (adding to schedule e/f)
c/o Anderson & Ochs, LLP
61 Broadway, Suite 525
New York, New York 10006

V.V> Specialty Foods LLC           (adding to schedule e/f)
d/b/a Valley View Produce
c/o Darren Jay Epstein, Esq.
254 South Main Street, Suite 406
New City, New York 10956