**Fill in this information to identify your case:**

Debtor 1: Angelo Tzortzatos
    First Name    Middle Name    Last Name

Debtor 2: Stacey Tzortzatos
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number: 1-16-45897
(if known)

■ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1   115 Broadway Corp.
      168 William Street
      New York, NY 10038

☐ Schedule D, line _____
■ Schedule E/F, line   4.39
☐ Schedule G _____
**V.V. Specialty Foods LLC**

3.2   115 Broadway Corp.
      168 William Street
      New York, NY 10038

☐ Schedule D, line _____
■ Schedule E/F, line   4.38
☐ Schedule G _____
**Trinity Center LLC**